# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| BRYAN L. MUSOLF, | **COURT MINUTES** |
| Plaintiff, | BEFORE: John R. Tunheim |
| | U.S. District Judge |
| v. | |
| JEFF ELLIS, | Case No: 07-4764 (JRT/JJK) |
| | Date: December 7, 2009 |
| | Deputy: Holly McLelland |
| | Court Reporter: Kristine Mousseau |
| Defendant. | Time Commenced: 1:14 pm |
| | Time Concluded: 1:44 pm |
| | Time in Court: 30 Minutes |

APPEARANCES:

    Plaintiff:    Duane Kennedy, William French
    Defendant:    Jason Hiveley, Susan Tindal

Hearing on:
- Defendant's Motion in Limine to Preclude Testimony of Plaintiff's Expert Witness & to Strike Designation as Expert Witness [Docket No. 47] - DENIED AS MOOT
- Plaintiff's Motion in Limine [Docket No. 51] - GRANTED IN PART/ DENIED IN PART
- Plaintiff's Motion in Limine to Preclude Testimony of Defendant's Expert Witness [Docket No. 58] - DENIED

                                                                                                        s/Holly McLelland
                                                                                                                 Calendar Clerk